1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN ERIC CHATMON,

11            Plaintiff,                    No. CIV S-05-2083 FCD PAN P

12       vs.

13   S. DOYLE, et al.,

14            Defendants.                   ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a document styled "Request for Appointment of Counsel and

18   Declaration of Indigency."  Plaintiff's declaration of indigency is not on the form application for

19   leave to proceed in forma pauperis used by this district.  Use of the form assists plaintiff to

20   establish and the court to evaluate plaintiff's in forma pauperis status in light of 28 U.S.C. § 1915

21   (b)(1) and (2).  Good cause appearing, plaintiff will be provided the opportunity to submit an in

22   forma pauperis application on the appropriate form.  Plaintiff is cautioned that he must also

23   provide a certified copy of his prison trust account statement for the six month period

24   immediately preceding the filing of his complaint.

25            The United States Supreme Court has ruled that district courts lack authority to

26   require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist.

1

1 | Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the

2 | voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d

3 | 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In

4 | the present case, the court does not find the required exceptional circumstances.  Plaintiff's

5 | request for the appointment of counsel will therefore be denied.

6 |       In accordance with the above, IT IS HEREBY ORDERED that:

7 |       1.  The Clerk of the Court is directed to send plaintiff a new Application to

8 | Proceed In Forma Pauperis By a Prisoner.

9 |       2.  Plaintiff shall submit, within thirty days from the date of this order, a

10 | completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order

11 | will result in a recommendation that this action be dismissed without prejudice.

12 |       3.  Plaintiff's October 18, 2005 request for appointment of counsel is denied.

13 | DATED: May 4, 2006.

UNITED STATES MAGISTRATE JUDGE

12
chat2083.3d