IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

      Plaintiff,                    No. CIV S-05-2083 FCD PAN P

    vs.

S. DOYLE, et al.,

      Defendants.             ORDER

_____/

        Plaintiff has requested an extension of time to submit the documents necessary for service pursuant to the court's order of July 28, 2006.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 21, 2006 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to submit the necessary documents for service.

DATED: August 28, 2006.

                                    UNITED STATES MAGISTRATE JUDGE

14/mp
chat2083.36