IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN ERIC CHATMON,**<br><br>Plaintiff,<br><br>v.<br><br>**S. DOYLE, et al.,**<br><br>Defendants. | No. 2:05-CV-2083 FCD EFB P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO ANSWER OR MOVE TO DISMISS** |

Defendants Beck, Dahl, Dennis, Gill, Hook, Doyle, Cook, Essman, Minnick, Osantowski, and Perry have requested a 30-day extension of time to and including December 13, 2006, to file their answer or move to dismiss in response to the complaint filed October 18, 2005. The request is granted.

Defendants shall file their answer or motion to dismiss on or before December 13, 2006.

Dated: November 20, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE