IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN ERIC CHATMON,**<br><br>                                    Plaintiff,<br><br>          v.<br><br>**S. DOYLE, et al.,**<br><br>                                    Defendants. | No. 2:05-CV-2083 FCD EFB P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO ANSWER OR MOVE TO DISMISS** |

Defendants Beck, Dahl, Dennis, Gill, Hook, Doyle, Cook, Essman, Minnick, Osantowski, and Perry have requested a 30-day extension of time to and including December 13, 2006, to file their answer or motion to dismiss in response to the complaint filed October 18, 2005. The court finds good cause and orders as follows:

1. The November 9, 2006, request by defendants Beck, Dahl, Dennis, Gill, Hook, Doyle, Cook, Essman, Minnick, Osantowski, and Perry for an extension of time to file their answer or motion to dismiss is granted.

2. Defendants shall file their answer or motion to dismiss on or before December 13, 2006.

Dated: November 28, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE