IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

      Plaintiff,                          No. CIV S-05-2083 FCD EFB P

   vs.

S. DOYLE, et al.,

      Defendants.                    ORDER

_____/

      Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action.

      The United States Marshal has returned process directed to defendant Riddle unserved because the United States Marshal is unable to locate the defendant. Plaintiff must provide new information about where this defendant may be served. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq*., or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires that an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, it is ORDERED that:

1. The Clerk of the Court shall mail plaintiff one blank USM-285 form and a copy of the complaint filed October 18, 2005.

2. Within 90 days from the date this order is served, plaintiff may submit the attached Notice of Submission of Documents with a completed form USM-285 providing instructions for service of process upon defendant Riddle and 2 copies of the October 18, 2005 complaint provided to plaintiff.

3. Failure to provide new instructions for service of process upon defendant Riddle within the time allowed or show good cause for such failure will result in a recommendation that this action be dismissed as to that defendant Riddle.

Dated: January 12, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

      Plaintiff,                               No. CIV S-05-2083 FCD EFB P

      vs.

S. DOYLE, et al.,                        NOTICE OF SUBMISSION

      Defendants.                         OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____    completed summons form

      ___1___    completed USM-285 forms

      ___2___    copies of the October 18, 2005 Complaint

DATED:

                                             _____

                                           Plaintiff