IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN ERIC CHATMON,** | No. 2:05-cv-2083-FCD-EFB (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **S. DOYLE, et al.,** | |
| Defendants. | |

Defendants Abrams, Beck, Cook, Dahl, Dennis, Doyle, Essman, Gill, Hook, Osantowski, Perry, and Thomas have requested a 31-day extension of time to and including August 6, 2007, to move for summary judgment.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request for an extension of time is granted; and
2. Defendants shall file their motion for summary judgment on or before August 6, 2007.

Dated: July 30, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

*Order*

1