IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN ERIC CHATMON,** | No. 2:05-cv-2083-FCD-EFB (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **S. DOYLE, et al.,** | |
| Defendants. | |

Defendants Abrams, Beck, Cook, Dahl, Dennis, Doyle, Essman, Gill, Hook, Osantowski, Perry, and Thomas have requested a second extension of time, to and including August 13, 2007, to move for summary judgment. The court finds good cause and orders as follows:

1. Defendants' request for a second extension of time is granted; and

2. Defendants shall file their motion for summary judgment on or before August 13, 2007.

DATED: August 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE