IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

        Plaintiff,                    No. CIV S-05-2083 FCD EFB P

    vs.

S. DOYLE, et al.,

        Defendants.         ORDER

                            /

        Plaintiff is a prisoner, without counsel, prosecuting this civil rights action in forma pauperis. *See* 42 U.S.C. § 1983; 28 U.S.C. § 1915. The action proceeds on plaintiff's October 18, 2005, complaint.

        On November 29, 2006, process as to defendant "Leseak" was returned unexecuted with a notation that there is "no employee by that name" and "no person by that spelling." On December 12, 2006, the court directed the United States Marshal to attempt to reserve the summons on defendant with the spelling "Iseak." On August 24, 2007, process was returned unexecuted because defendant Iseak could not be located. Plaintiff must provide new information about where this defendant may be served. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq.*, or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m)

requires that an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, it is ORDERED that:

1. The Clerk of the Court shall mail plaintiff one blank USM-285 form and a copy of the complaint filed October 18, 2005;

2. Within 90 days from the date this order is served, plaintiff may submit the attached Notice of Submission of Documents with a completed form USM-285 providing instructions for service of process upon defendant Iseak and 2 copies of the October 18, 2005, complaint provided to plaintiff.

3. Failure to provide new instructions for service of process upon defendant Iseak within the time allowed or show good cause for such failure will result in a recommendation that this action be dismissed as to that defendant Iseak.

Dated: September 28, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

      Plaintiff,                    No. CIV S-05-2083 FCD EFB P

    vs.

S. DOYLE, et al.,

      Defendants.           <u>NOTICE OF SUBMISSION</u>

_____/      <u>OF DOCUMENTS</u>

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

      One      completed summons

      ____      completed USM-285 forms

      ____      copies of the _____
                                Complaint/Amended Complaint

DATED:

                                        _____
                                        Plaintiff