IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

      Plaintiff,                    No. CIV S-05-2083 FCD EFB P

     vs.

S. DOYLE, et al.,

      Defendants.          ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On August 13, 2007, defendants filed a motion to seal an exhibit in support of their motion for summary judgment. The court has reviewed the documents submitted in camera, and for good cause shown, finds compelling reasons for a protective order sealing the exhibits.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Defendants' motion for a protective order sealing Attachment 2 to defendants' Exhibit A, filed in support of their motion for summary judgment, is granted;

      2. The Clerk is directed to file Attachment 2 to defendants' Exhibit A to their motion for summary judgment under seal.

/////

3. Under Local Rule 39-141, the Clerk is directed to return Attachment 2 to Defendants' Exhibit A to defendants when this action is closed.

Dated: October 9, 2007.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2