IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

    Plaintiff,                         No. CIV S-05-2083 FCD EFB P

    vs.

S. DOYLE, et al.,

    Defendants.                      ORDER

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve his opposition to defendants' motion for summary judgment. *See* Fed. R. Civ. P. 6(b). In his motion, plaintiff claims that the prison library has been closed for one month due to the presence of mold, and it appears that the library will be closed for perhaps an additional two months. Further, plaintiff is housed in a Secured Housing Unit where access to legal materials is particularly limited.

        Good cause appearing, plaintiff's October 18, 2007, request for an extension of time is granted and plaintiff has 75 days from the date this order is served to file and serve his opposition to defendants' motion for summary judgment. In light of the length of the extension herein granted, the court does not intend to grant further requests for extension of time.

        So ordered.

Dated: November 8, 2007.

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE