IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

      Plaintiff,                                  No. CIV S-05-2083 FCD EFB P

    vs.

S. DOYLE, et al.,                     <u>ORDER DIRECTING SERVICE</u>
                                              <u>BY THE UNITED STATES MARSHAL</u>
      Defendants.                <u>WITHOUT PREPAYMENT OF COSTS</u>

_____/

       Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He proceeds *in forma pauperis*. *See* 28 U.S.C. § 1915. On July 28, 2006, the court determined that plaintiff's complaint stated a cognizable claim for relief against fifteen defendants, including a defendant listed as "Iseak." On September 13, 2006, the court directed the United States Marshal to serve process on defendants. On November 29, 2006, service directed to defendant named by plaintiff on the USM form as "Leseak" was returned unexecuted. Thereafter, the court requested the United States Marshal attempt re-service on defendant, this time listed as "Iseak." Such service was returned unexecuted on August 24, 2007. Plaintiff has now, through documents in his possession, determined the correct spelling of the defendant's name as "Lysiak" and returned the USM-285 form and sufficient copies of the complaint to attempt service once again.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the instructions for service of process, the completed summons, copies of the October 18, 2005, complaint and copies of this order to the United States Marshal.

2. Within ten days from the date of this order, the United States Marshal shall notify defendant Lysiak of the commencement of this action and request a waiver of service of summons in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c).

3. The United States Marshal shall file returned waivers of service of summons and requests for waivers that are returned as undelivered promptly upon their receipt.

4. If a defendant fails to return a waiver of service of summons within 60 days from the date the request is mailed, the United States Marshal shall:

    a. Personally serve process and a copy of this order upon the defendant, *see* Fed. R. Civ. P. 4, 28 U.S.C. § 566(c), and command all necessary assistance from the California Department of Corrections and Rehabilitation (CDCR) to execute this order, while maintaining the confidentiality of all information provided.

    b. File, within ten days after effecting personal service, the return of service with evidence of any attempts to secure a waiver of service of summons and of the costs incurred in effecting service. Such costs shall be enumerated on the USM-285 form and shall include any costs the Marshal's office incurs for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms. Costs of service will be taxed against the personally served defendant. *See* Fed. R. Civ. P. 4(d)(2).

5. Defendants shall reply to the complaint within the time provided in Fed. R. Civ. P. 12(a).

DATED: November 30, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2