IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN ERIC CHATMON,** | 2:05-cv-2083-FCD-EFB P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME** |
| v. | |
| **S. DOYLE, et al.,** | |
| Defendants. | |

Defendant Riddle has requested an extension of time to February 15, 2008, so that he and defendant Lysiak can file a joint motion for summary judgment. The court finds good cause for the request and orders as follows:

1. Defendant Riddle's request for an extension of time is granted;
2. Defendants' motion for summary judgment is deemed timely filed;
3. Plaintiff shall file his opposition in accordance with the court's May 24, 2007, order.

DATED: March 6, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Order