IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

        Plaintiff,                      No. CIV S-05-2083 FCD EFB P

    vs.

DOYLE, et al.,

        Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 14, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 14, 2008, are adopted in full; and

2. Defendants' August 13, 2007, motion for summary judgment is granted; and

3. As this summary judgment motion does not resolve all claims and defendants remain, the Clerk is directed not to enter judgment.

DATED: March 20, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2