1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

     Plaintiff,                         No. CIV S-05-2083 FCD EFB P

     vs.

DOYLE, et al.,

     Defendants.                      FINDINGS AND RECOMMENDATIONS

_____/

     Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 13, 2008, defendants Lysiak and Riddle filed a motion for summary judgment. *See* Fed. R. Civ. P. 56. On September 13, 2006, December 12, 2006, and May 24, 2007, the court advised plaintiff of the requirements for opposing a motion pursuant to Rule 56 of the Federal Rules of Civil Procedure. *See Rand v. Rowland*, 154 F.3d 952, 957 (9th Cir. 1998) (*en banc*), *cert. denied*, 527 U.S. 1035 (1999), and *Klingele v. Eikenberry*, 849 F.2d 409, 411-12 (9th Cir. 1988). Those orders also informed plaintiff of the requirements for filing an opposition to the pending motion and that failure to oppose such a motion might be deemed a waiver of opposition to the motion. Plaintiff failed to file an opposition.

////

1      On April 29, 2008, the court gave plaintiff 20 days to file an opposition or a statement of
2 no-opposition to defendants' motion.  The court also explained that Rule 41(b) of the Federal
3 Rules of Civil Procedure authorizes the court to dismiss an action for failure to obey this court's
4 orders and the applicable procedural rules.  Plaintiff was warned that failure to file an opposition
5 or a statement of no opposition result in a recommendation that this action be dismissed under
6 the authority of Rule 41(b).  The 20 days have passed and plaintiff has not responded to the
7 court's order.  Plaintiff has disobeyed the orders of this court and failed to prosecute this action.
8 Thus, this action must be dismissed.

9      For the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be
10 dismissed pursuant to Federal Rule of Civil Procedure 41(b).

11      These findings and recommendations are submitted to the United States District Judge
12 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
13 after being served with these findings and recommendations, any party may file written
14 objections with the court and serve a copy on all parties.  Such a document should be captioned
15 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
16 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
17 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
18 DATED:   August 11, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE