IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

      Plaintiff,                      No. CIV S-05-2083 FCD EFB P

  vs.

DOYLE, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding in pro se is this civil rights action asserting claims under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On August 11, 2008, the magistrate judge filed findings and recommendations recommending that this action be dismissed. The recommendations were served on all parties and contained notice that any objections were to be filed within twenty days from the date the findings and recommendations were served. On August 21, 2008, plaintiff filed objections to the findings and recommendations. He asserts that this action should not be dismissed for failure to prosecute because he filed an opposition to defendants' motion for summary judgment on an unspecified day in July of 2008. Accordingly, on August 22, 2008, the magistrate judge issued an order directing plaintiff to, within fifteen days of the date of the order, submit either a

1

1 complete copy of the opposition brief that he claims he filed in July or a copy of a prison mail
2 log showing a mailing of documents from plaintiff to the court during that month.  That order
3 warned plaintiff that his failure to comply would result in the August 11, 2008 findings and
4 recommendations for dismissal being resubmitted.  Plaintiff responded to that order by filing a
5 motion for an extension of time.  He claimed good cause exists because he is being housed in the
6 psychiatric ward under suicidal watch for an unknown duration of time.  To comply with the
7 magistrate judge's order, plaintiff need only submit the opposition brief he claims he previously
8 filed, or a copy of his mail log showing that he filed such a brief.  The fact that plaintiff is being
9 housed in the psychiatric ward under suicidal watch has no bearing on plaintiff's ability to
10 comply with the order, as plaintiff does not claim he is denied access to his legal materials, or
11 that he is so debilitated he cannot comply with the magistrate judge's order.  Neither has plaintiff
12 being housed there had any apparent effect on his ability to file his several prior pleadings and
13 papers in this action.  Accordingly, plaintiff's motion for an extension of time is denied and the
14 recommendation for dismissal is adopted.

15     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
16 304, this court has conducted a de novo review of this case.  Having carefully reviewed the
17 entire
18 file, the court finds the findings and recommendations to be supported by the record and by
19 proper analysis.

20     Accordingly, IT IS HEREBY ORDERED that:

21     1. Plaintiff's September 4, 2008, motion for an extension of time is denied;

22     2. The findings and recommendations filed August 11, 2008, are adopted in full;
23 and,

24     3. This action is dismissed pursuant to Federal Rule of Civil Procedure 41(b).

25 DATED: September 29, 2008.

26

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2